Timothy D Shea, WSBA #39631                    The Honorable Michelle L. Peterson
  tshea@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
Phone 206-204-6800
Fax 206-299-0400
Attorneys for Defendant Uber Technologies, Inc.'s

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN GORNE and ADRIENNE WALKER,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE,<br><br>Defendants. | No. 2:19-cv-01138-MLP<br><br>NOTICE OF APPEARANCE<br><br>*(Clerk's Action Required)* |

PLEASE TAKE NOTICE THAT Timothy D. Shea of WOOD, SMITH, HENNING & BERMAN LLP hereby appears as counsel of record for Defendant Uber Technologies, Inc. Copies of further pleadings and papers herein, exclusive of original process, may be served upon this defendant by delivering a copy thereof to the undersigned attorneys as specified in the Civil Rules.

DATED: August 19, 2019          WOOD, SMITH, HENNING & BERMAN LLP


                                *s/ Timothy D. Shea*
                                _____
                                Timothy D. Shea, WSBA #39631
                                tshea@wshblaw.com
                                Wood Smith Henning & Berman, LLP
                                520 Pike Street, Suite 1525, Seattle, WA 98101
                                (206) 204-6801
                                Attorneys for Defendant Uber Technologies, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I electronically filed Defendant Uber Technologies, Inc.'s Notice of Appearance with the Clerk of the Court using the CM/ECF.

I hereby certify that the following have been served via CM/ECF electronic service:

**ATTORNEYS FOR PLAINTIFFS**
Brian D. Weinstein
Alexandra B. Caggiano
WEINSTEIN CAGGIANO PLLC
601 Union Street, Suite 2420
Seattle, WA 98101
Email: brian@weinsteincaggiano.com
        alex@weinsteincaggiano.com

DATED this 19th day of August, 2019.


     s/ Renee Faulds
Renee Faulds, Legal Assistant
rfaulds@wshblaw.com

LEGAL:11009-0254/12535241.1

NOTICE OF APPEARANCE - 2

(2:19-cv-01138)

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800