UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN GORNE, *et al.*,

                          Plaintiffs,

         v.

UBER TECHNOLOGIES INC., *et al.*,

                          Defendants.

Case No. C19-1138-RAJ

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)      The Court ADOPTS the Report and Recommendation.

(2)      Defendant's motion regarding choice of law and to dismiss pursuant to Federal Rule Civil Procedure 12(b)(6) and 9(b) (dkt. # 7) is DENIED.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 12th day of November, 2019.

The Honorable Richard A. Jones
United States District Judge