THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN GORNE and ADRIENNE WALKER,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, AND THE FIRST DOE THROUGH ONE HUNDREDTH DOE, INCLUSIVE,<br><br>  Defendants. | No. 2:19-cv-01138-RAJ-MLP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT WITNESS REPORTS UNDER FRCP 26(A)(2)** |

The Court having considered the JOINT STIPULATION TO CONTINUE EXPERT WITNESS REPORTS UNDER FRCP 26(a)(2):

IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.

DATED this 15th day of April, 2020.

_____
THE HONORABLE MICHELLE L. PETERSON

PEARCE LEWIS LLP

*s/ Timothy B. Pearce*
Timothy F. Pearce, ESQ., CA SBN 215223
Counsel for Plaintiffs

WOOD, SMITH, HENNING & BERMAN LLP

*s/ Timothy D. Shea*
Timothy D. Shea, WSBA No. 39631
Counsel for Uber Technologies, Inc.

WEINSTEIN CAGGIANO PLLC

*s/ Alexandra Caggiano*
Alexandra B. Caggiano, WSBA No. 47862
Counsel for Plaintiffs

ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT WITNESS REPORTS UNDER FRCP 26(A)(2) - 1

**PEARCE LEWIS LLP**
423 WASHINGTON STREET, SUITE 510
SAN FRANCISCO, CA 94111
415-964-5225 - FACSIMILE 415-830-9879

**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650